UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MID-AMERICA CARPENTERS REGIONAL COUNCIL, et al, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 4:25-cv-00155 SEP |
| v. | ) ) | |
| FRONTIER DOORS & GLASS, LLC, | ) ) | |
| Defendant. | ) | |

## STATUS REPORT

Come now plaintiffs, through counsel, and for the status of this matter state as follows:

1.      Upon receipt of this Court's Order (Doc#16), plaintiffs mailed it to defendant with a request that defendant contact plaintiffs' accountant. See Exhibit 1 hereto.

2.      Defendant did not produce the requested documents.

3.      On May 11, 2026, plaintiffs' counsel prepared a follow-up letter to defendant, noting defendant's failure to comply with this Court's Order. See Exhibit 2 hereto.

4.      Plaintiffs retained a special process server to serve the May 11, 2026 letter on defendant. The special process server has advised plaintiffs' counsel that to date the process server has been unable to locate defendant to personally serve the correspondence. The special process server has stated that the efforts to locate defendant are continuing.

Respectfully submitted,

HAMMOND AND SHINNERS, P.C.
13205 Manchester Road, Ste. 210
St. Louis, Missouri 63131
Phone: (314) 727-1015
Fax:   (314) 727-6804

_____/s/ Greg A. Campbell_____
GREG A. CAMPBELL, #2774
Attorney for Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

 I hereby certify that on July 13, 2026 the foregoing was filed electronically with the Clerk of the Court and a copy was mailed by the United States Postal Service to the following non-participant in Electronic Case Filing:  Frontier Doors & Glass, LLC, 1133 Newhouse Avenue, St. Louis, MO 63107.

    /s/ Greg A. Campbell   
